IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 02 C 5456 |
| | ) Honorable Judge Joan H. Lefkow |
| CITY OF CHICAGO, a municipal corporation, | ) Magistrate Morton Denlow |
| HARZA ENVIRONMENTAL SERVICES, INC. | ) |
| a/k/a Harza Engineering Company, | ) |
| and MWH GLOBAL, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Laurie Randolph           Diane Pezanowski
    HINSHAW & CULBERTSON      CITY OF CHICAGO
    222 North LaSalle Street, Suite 300   30 North LaSalle Street, Suite 900
    Chicago, IL 60601          Chicago, IL 60602

**PLEASE TAKE NOTICE** that on October 17, 2002 at 9:30 a.m., we shall appear before the Honorable Judge Lefkow, or any judge sitting in her stead in Courtroom 1925 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois and shall then and there present **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL,** a copy of which is attached and served upon you.

Respectfully submitted,
ALLSTATE INSURANCE COMPANY, et al,

By: _____
        One of Their Attorneys

GROTEFELD & DENENBERG, LLC
105 West Adams Street, Suite 2300
Chicago, Illinois 60603
312.551.0200

## CERTIFICATE OF SERVICE

Donna Herman, a non-attorney, certify that I caused this Notice and **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL,** to be served **by hand delivery** to the above cited individuals at the above cited addresses, before the hour of 5:00 p.m. on October 15, 2002.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ATLANTIC MUTUAL INSURANCE COMPANY, ENCOMPASS INSURANCE, HARTFORD CASUALTY INSURANCE COMPANY, ST. PAUL COMPANIES, STATE FARM FIRE AND CASUALTY and STATE FARM MUTUAL AUTO CASUALTY CORPORATION, both individually and as subrogees of their respective insureds, *Plaintiffs*, v. CITY OF CHICAGO, a municipal corporation, HARZA ENVIRONMENTAL SERVICES, INC. a/k/a Harza Engineering Company, and MWH GLOBAL, INC., *Defendants*. | No. 02 C 5456<br>Honorable Judge Joan H. Lefkow<br>Magistrate Morton Denlow |

FILED OCT 15 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED OCT 18 2002

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL

NOW COMES Plaintiffs, ALLSTATE INSURANCE COMPANY, ATLANTIC MUTUAL INSURANCE COMPANY, ENCOMPASS INSURANCE, HARTFORD CASUALTY INSURANCE COMPANY, ST. PAUL COMPANIES, STATE FARM FIRE AND CASUALTY and STATE FARM MUTUAL, AUTO CASUALTY CORPORATION, both individually and as subrogees of their respective insureds (collectively referred to as "Plaintiffs"), by and through their respective attorneys, MARK S. GROTEFELD, STEVE C. SILVEY, CYNTHIA A. BOEH and SHANTEL D. WOOD of GROTEFELD & DENENBERG, LLC, pursuant to Federal Rule of Civil Procedure Rule 41 and for their Motion for Voluntary Dismissal of Defendant MWH GLOBAL, INC., state as follows:

1. Prior to filing the Complaint in this matter, Montgomery Watson purchased or merged with the Harza entities and formed MWH Global, Inc. At the time of filing, the nature and extent of the corporate relationships between MWH Global and the Harza entities in terms of potential responsibility for the underlying allegations was unclear.

2. Subsequent to filing and service, counsel for Harza clarified the corporate relationships and informed Plaintiffs' counsel that the proper entity is Harza Environmental Services, Inc. Thereafter, an appearance was filed on behalf of Harza Environmental Services, Inc. Accepting such representation, Plaintiffs move to voluntarily dismiss MWH Global, Inc. only, without prejudice.

WHEREFORE, Plaintiffs pray that MWH Global, Inc. be voluntarily dismissed without prejudice with the action continuing against the remaining defendants.

Dated: October 15, 2002

Respectfully submitted,

ALLSTATE INSURANCE COMPANY, et al,

By: _____
One of Their Attorneys

Mark S. Grotefeld
Steve C. Silvey
Cynthia A. Boeh
Shantel D. Wood
GROTEFELD & DENENBERG, LLC
105 West Adams Street
Suite 2300
Chicago, Illinois 60603
312.551.0200